UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN W. SHORT,

    Plaintiff,

v().                                    Case No. 3:24cv403-LC-HTC

JOSEPH A. ALLDREDGE, et al.,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on September 27, 2024 (ECF No. 12), recommending that Plaintiff's case be dismissed with prejudice for failing to state a claim under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (ECF No. 12) is adopted and incorporated by reference in this order.

    2.    That this case be DISMISSED WITH PREJUDICE for failing to state a claim under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

3. The clerk shall close the file.

**DONE AND ORDERED** this 6th day of November, 2024.

        *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv403-LC-HTC